SCANNED

Wrongful Termination    5/8/07

On 3/1/06 I was terminated from my Housekeeping position at the Bowdoin College. I believe I was wrongfully terminated. I contacted the Human Rights Commission a couple of days after and they investigated and went for Discrimination of Disability and it was dropped. They said they were sending my case to a Boston Federal Office and if I wanted to file a civil suite I could.

I was wrote up 1 time for using my sick time & vacation time because I had 3 severe urinary track infections, one right after another. At this time they had hired James Sanoski as the P.M. Supervisor. When I was sick he'd tell me come in when you can get into your building, which was the Children's Center. I couldn't get in there until 5:30 P.M. - 6:00 P.M. Depending on how long the kids

② My shift started at 3:00 P.M.- Were there. I had my first 6 month evalution during this time as well. I had a very good evalution. We discussed my time that I missed & why and after I was over being sick I was always on time. While I was sick I had to have my kidneys checked to make sure they were O.K. doctors request. I couldn't get a morning appointment for a while and my doctor was worried about my kidneys and didn't want me to wait. I talked to the P.M. supervisor and was told thats O.K. go as soon as you can. A couple days after this the 1st shift supervisor has me go into the office with her and my team leader and the acting P.M. supervisor now, which was


(3)

Melissa Hart. The A.M. Supervisor Joyce Whittemore proceeds to write me up because she was going through different employees folder and seen ~~about~~ how much time I had missed before. Melissa Hart went to someone who was higher than Joyce & Jeff Tuttle and was told Joyce was 1st shift and Melissa was 2nd shift. Joyce didn't have say over 2nd shift. Melissa Hart was going to let Joyce know that she didn't agree with her writing me up because it was already resolved before except for the Doctor's appointment. and that she didn't have say about 2nd shift. a couple months after this ~~scribbled~~ Joyce offers me a 1st position. (Housekeeping) a couple weeks after this Melissa goes out on a medical

(4)

leave. So now we have another acting P.M. Supervisor which is Cathy Theriault. She had been my team leader during my urinary track infections. A couple days before I start 1st shift I sent Joyce an email saying sorry I don't think I'll be able to take 1st shift because I would be losing money because I wouldn't get my shift differential. A few weeks after this I was fired because I had an emergen at home and had to call in and say I'd be late. I was in a bad relationship with a guy who was abusive. The day I was late he slammed my daughter's bedroom door, the chalkboard that was hanging on her door fell off and hit her in the shoulder. So I go to her &

(5)

grab the phone and call work to let them know I'd be late due to a family emergency. I get to work and explain to my team leader Ron Oborn what had happened and that I had him removed. I asked Ron if I was in trouble and he said that Joyce didn't look happy. I worked that weekend, had Mon. & Tues. off. Went to work Wed. and Joyce fired me. While she was firing me Cathy said that she was wrong and couldn't use the 5 mins. against me. I was 5 mins. late twice before this happened. I couldn't find a parking spot. Joyce fired me over 2 times being 5 mins. being late and for when that happened to my daughter. On my termination papers she graded me fair on everything - which was wrong.

6) I tried explaining what happened with my dai :r, Didn't matter to her. I have been trying to get my termination papers changed. I've been trying to get my job back. That's what I want is my job back, The rate of pay I should be at if I wasn't termina Back pay from when I was terminated till present, any sick time, vacation time I would have earned.

Sincerly,
Shannon-Stam Foster
14 Morse Ct.
Brunswick, ME.
04011