UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHANNON STARR-FOSTER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 07-84-P-H |
| | ) |
| BOWDOIIN COLLEGE, | ) |
| | ) |
| Defendants | ) |

**RECOMMENDED DECISION ON ORDER TO SHOW CAUSE**

On May 10, 2007, plaintiff filed a complaint alleging employment discrimination. On May 18, 2007, and upon application, I granted plaintiff leave to proceed in forma pauperis. On September 10, 2007, the court issued an Order to Show Cause to plaintiff because more than 120 days had expired since she filed the complaint and service had not yet been made. Plaintiff has not responded to the Order to Show Cause. I now recommend that pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure this court dismiss this complaint without prejudice.

NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof. A responsive memorandum shall be filed within ten (10) days after the filing of the objection.
Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

September 28, 2007         /s/ Margaret J. Kravchuk
                           U.S. Magistrate Judge