UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHANNON STARR-FOSTER<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 07-CV-84-P-H<br>) |
| BOWDOIN COLLEGE<br>Defendant, | )<br>)<br>) |

## JUDGMENT OF DISMISSAL

In accordance with the Order Adopting the Report and Recommended Decision issued on October 27, 2007 by the Honorable D. Brock Hornby, the plaintiff's complaint is dismissed without prejudice.;

JUDGMENT of dismissal is hereby entered.

                LINDA L. JACOBSON
                CLERK

        By:    /s/Lois N. Graves
                 Lois N. Graves, Deputy Clerk

Dated: November 20, 2007